**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

BARRY CADDELL,                          )
                                        )
              Plaintiff,                )
                                        )
v.                                      )      CIVIL ACTION NO. 00-JEO-2985-S
                                        )
SEARS, ROEBUCK and CO.,                 )
                                        )
              Defendant.                )

**ENTERED**

**JUL 2 0** 2001

**MEMORANDUM OPINION**

On June 26, 2001, the magistrate judge assigned this matter entered a Report and

Recommendation that the defendant's motion to dismiss the plaintiff's claims for lack of subject

matter jurisdiction. No objections have been filed. The court has considered the entire file in

this action together with the Magistrate Judge's Report and Recommendation and has reached an

independent conclusion that the Magistrate Judge's Report and Recommendation is due to be

adopted and approved. The court hereby adopts and approves the findings and recommendation

of the magistrate judge as the findings and conclusions of the court. In accord with the

recommendation, the defendant's motion to dismiss is due to be granted and this matter

dismissed without prejudice. An appropriate order will be entered.

DONE, this 16th day of July, 2001.

_____
**H. Dean Buttram, Jr.**
United States District Judge

/7